■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES ODOM. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JEROME SWANSON.— [In each action] Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWIN KENNEDY.— Motion for an enlargement of time granted insofar as to extend the appellant's time to perfect the appeal to the February 1963 Term of this court. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ GUIOMAR N. PINTO v. VOX PRODUCTIONS, INC.— Motion to dispense with printing granted to the extent of dispensing with the printing in the record on appeal of the two exhibits on condition that seven photostatic copies of Exhibit 6 are annexed to the record on appeal and one copy of the prior record on appeal is filed with this court at the time of filing the record on appeal. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ BETTY FRANK LOMAX v. NEW BROADCASTING CO., INC.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Motion for an order directing defendant-appellant to post a bond or undertaking and for a stay denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. NATHANIEL H. SATTER-FIELD.— Order of this court entered on September 6, 1962 amended by striking the designation of Michael R. Silberstein, Esq., as counsel to prosecute the appeal taken by defendant and by substituting therefor Louis Smigel, Esq., of 280 Broadway, New York 7, N. Y., as such counsel. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SEBASTIANO DE FILIPPO. — Enlargement of time granted. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

## (January 11, 1963)

■ ROSE HOLLAND, as Administratrix v. BEN J. HOLLAND.— Motion for a stay denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of C & I REST. CORP. v. ROBERT E. DOYLE et al.— Motion for a stay granted on condition that the petitioner procures the record in this proceeding and petitioner's points to be served and filed on or before January 23, 1963, with notice of argument for the February 1963 Term of this court, said proceeding to be argued or submitted when reached. Respondents' points are to be served and filed on or before February 6, 1963. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.